JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| THEERON NEWTON, | No. CV 12-05274-RGK (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| MATTHEW CATE, | |
| Respondent. | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: February 25, 2015

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE